IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA DEFATTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-15-SLP |
| THE STATE OF OKLAHOMA, ex rel. COMMISSIONERS OF THE LAND OFFICE, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the Motion to Dismiss [Doc. No. 8]. Subsequent to the filing of the Motion, Plaintiff filed an Amended Complaint [Doc. No. 9]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the Motion to Dismiss [Doc. No. 8] is DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of February, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE